■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN RIOS, Appellant. [994 NYS2d 539]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered November 21, 2011, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

Defendant's challenges to the prosecutor's cross-examination and summation are unpreserved, and we decline to review them in the interest of justice. As an alternative holding, we find no basis for reversal (see People v Overlee, 236 AD2d 133 [1st Dept 1997], lv denied 91 NY2d 976 [1998]; People v D'Alessandro, 184 AD2d 114, 118-119 [1st Dept 1992], lv denied 81 NY2d 884 [1993]). To the extent there were improprieties, the errors were harmless, given the overwhelming evidence establishing defendant's guilt and refuting his affirmative defense of extreme emotional disturbance (see People v Crimmins, 36 NY2d 230 [1975]). Concur—Mazzarelli, J.P., Acosta, DeGrasse and Clark, JJ.